UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4: 10 cr 192 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| BRIAN J. RADACHY, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of Brian J. Radachy, which was referred to the Magistrate Judge with the consent of the parties.

On April 27, 2010, the government filed a one count Indictment, charging Defendant, Brian J. Radachy, with Receipt/Distribution of Visual Depiction of Minor Engaged in Sexually Explicit Conduct in violation of Title 18 United States Code, Section 2252(a)(2). Defendant Radachy was arraigned on May 3, 2010, and entered a plea of not guilty to count 1 before Magistrate George J. Limbert. On June 17, 2010, Magistrate Judge Nancy A. Vecchiarelli, received Defendant Radachy's plea of guilty to count 1 of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of

guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Brian J. Radachy is found to be competent to enter a plea and to understand his constitutional rights.  He  is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Radachy is adjudged guilty to Count 1 of the  Indictment,  in violation of Title 18 United States Code, Section 2252(a)(2).  This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on September 16, 2010, at 11:30 a.m. in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

>/s/*SOLOMON OLIVER, JR.*
> CHIEF JUDGE
> UNITED STATES DISTRICT COURT

July 13, 2010